UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAREN TOWNSEND,

                Plaintiff,

-against-

ALBERT BLAKE; ADVENT PRODUCT
DEVELOPMENT (aka NISI, a coporation
and JOHN F. LEE, individually,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0310 (CBA)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 28 2006 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on February 22, 2006, dismissing the action filed *in forma pauperis* for lack of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the action filed *in forma pauperis* is dismissed for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       February 23, 2006

                                                ROBERT C. HEINEMANN
                                                Clerk of Court